874

issue of *res judicata*. It appears that appellant has never had the benefit of a review by an appellate court of the question tendered. Whether or not the doctrine of *res judicata* should be strictly applied by a court of original jurisdiction in a post-conviction proceeding is a question to be determined upon consideration of this application anew before another Judge. Cf. *People ex rel. Baumgart* v. *Martin*, 9 N Y 2d 351). (Appeal from order of Ontario County Court denying a motion to set aside a 1943 indictment.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK MUOIO et al., Relators, and JOSEPH MARROW, JR., and CARMEN C. BONNANO, Appellants, v. ALBERT SKINNER, as Sheriff of the County of Monroe, Respondent.— Order unanimously affirmed, without costs of this appeal to any party. (Appeal from order of Monroe County Court denying a writ of habeas corpus and remanding the relators to the Sheriff for delivery to the custody of the agent of the State of Virginia.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK MUOIO and ROSARIO CHIRICO, Appellants, et al., Relators, v. ALBERT SKINNER, as Sheriff of the County of Monroe, Respondent.— Order unanimously affirmed, without costs of this appeal to any party. (Appeal from order of Monroe County Court denying a writ of habeas corpus and remanding the relators to the Sheriff for delivery to the custody of the agent of the State of Virginia.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEO JOSEPH MLECZKO, Appellant, v. CHARLES C. McCLOSKEY, JR., as Sheriff of Chautauqua County, Respondent.— Memorandum: The Special Term erroneously determined that it lacked jurisdiction of the proceeding. (Appeal from order of Chautauqua Supreme Court denying a writ of habeas corpus.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VERNON R. WELLS, Relator, v. FRANK FELICETTA, as Commissioner of Police of the City of Buffalo, Respondent.— Appeal dismissed, upon stipulation.

■ In the Matter of WILLIAM J. POWERS, JR.— Motion for rehearing and for an order vacating, annulling and canceling order entered January 10, 1962, denied. Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN COLAVECCHIO. (Murray J. Kirstein, Esq.) (B) THE PEOPLE OF THE STATE OF NEW YORK v. ALBERT F. ECKERT. (Charles D. Newton, Esq.) (C) THE PEOPLE OF THE STATE OF NEW YORK v. WILBERT O. HARRIS. (John E. Doran, Esq.) (D) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES JANOSKO v. ROBERT E. MURPHY, as Warden of Auburn Prison. (Counsel not assigned.) (E) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JADY KELLY v. WALTER H. WILKINS, as Warden of Attica Prison. (David P. Feldman, Esq.) (F) THE PEOPLE OF THE STATE OF NEW YORK v. LAWRENCE MILLS. (Thomas P. Flaherty, Esq.) (G) THE PEOPLE OF THE STATE OF NEW YORK ex rel. KEITH LEE OSBORNE v. ROBERT E. MURPHY, as Warden of Auburn Prison. (Counsel not assigned.) (H) THE PEOPLE OF THE STATE OF NEW YORK v. GARRY BERNARD RHINEHART. (John B. Mowry, Esq.) (I) THE PEOPLE OF THE STATE OF NEW YORK v. DANIEL DI LAPO. (Adolph M. Newman, Esq.) (J) THE PEOPLE OF THE STATE OF NEW YORK v. HERBERT B. DUNCAN III. (Lester H. Rappaport, Esq.) (K) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM DUNCAN. (Samuel E. Pierson, Esq.) (L) THE PEOPLE OF THE STATE OF NEW YORK v. ADAM FLOWERS, JR.